UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RON WATERMAN,

                    Petitioner,

    v.

PATRICK GLEBE,

                    Respondent.

Case No. C11-539-MJP-JPD

ORDER STRIKING PETITIONER'S MOTION FOR SUMMARY JUDGMENT AND GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME

This is a federal habeas action filed under 28 U.S.C. § 2254. Currently pending before the Court are petitioner's motion for summary judgment and respondent's motion for an extension of time. The Court, having reviewed the pending motions, and the balance of the record, does hereby find and Order as follows:

(1) Petitioner's motion for summary judgment (Dkt. No. 19) is STRICKEN. Petitioner, by way of the instant motion, seeks summary judgment on one of the six grounds for relief asserted in his federal habeas petition. However, at this juncture, respondent has yet to file a response to petitioner's federal habeas petition and, in fact, petitioner filed his dispositive motion mere days after the Court ordered service of the petition on respondent. The Court will

ORDER STRIKING PETITIONER'S
MOTION FOR SUMMARY JUDGMENT - 1

not entertain any additional arguments from petitioner on the merits of his claims, whether presented in the form of a dispositive motion or an amendment to the petition, until respondent has had a full and fair opportunity to review the state court record and submit an answer to the Court.[1]  Petitioner may renew the arguments set forth in his summary judgment motion in his response to respondent's answer.

(2)    Respondent's motion for an extension of time to file an answer to petitioner's federal habeas petition (Dkt. No. 21) is GRANTED.  Respondent is directed to file and serve an answer to the petition not later than *November 8, 2011*.

(3)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Marsha J. Pechman.

DATED this 6th day of September, 2011.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

---

[1] Petitioner has already presented the Court with hundreds of pages of briefing and exhibits.  Additional briefing at this point is neither appropriate nor helpful.

ORDER STRIKING PETITIONER'S
MOTION FOR SUMMARY JUDGMENT - 2